**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **JAMES WESLEY HUNT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **NO. 2:08 CV 013 JM** |
| | ) | |
| **ROY DOMINGUEZ,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**MEMORANDUM AND ORDER**</u>

James Wesley Hunt, a *pro se* prisoner, was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). He was afforded the opportunity to pay the filing fee, but the deadline has now passed and he has not paid it. Therefore, this case will be dismissed for non-payment of the filing fee. Nevertheless, he is required to pay the filing fee using the methods of 28 U.S.C. § 1915. *See Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997), *overruled on other grounds*, *Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000).

For the foregoing reasons, the Court:

(1) **DISMISSES** the complaint without prejudice;

(2) **ORDERS** the plaintiff, **James Wesley Hunt, IDOC # 1758017**, to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month

during which he receives $10.00 or more, until the $350.00 filing fee is paid in full; and

(3) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

**SO ORDERED.**

DATE: March 24, 2008

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT